No. 79, Orig. OKLAHOMA *v.* ARKANSAS. It is ordered that the Honorable William H. Becker, Senior Judge of the United States District Court for the Western District of Missouri, be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have same effect as if originally made by the Court.

[For earlier order herein, see *ante,* p. 812.]

No. D–140. IN RE DISBARMENT OF RAY. Disbarment entered. [For earlier order herein, see *ante,* p. 906.]

No. D–156. IN RE DISBARMENT OF FALK. It is ordered that Eugene A. Falk, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.